UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RENE ROSADO,

    Plaintiff,

v.                            CASE NO.: 2:16-cv-05602-SDW-LDW

NCSPLUS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 11, 2017

| For Plaintiff Rene Rosado | For Defendant NCSPlus, Inc. |
|---|---|
| /s/ Yaakov Saks <br> Yaakov Saks <br> RC Law Group, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> 201-282-6500 x101 <br> ysaks@rclawgroup.com | /s/ Mark Krassner <br> Mark Krassner <br> Law Office of Mark Krassner <br> 211 Center Avenue <br> Westwood, NJ 07675 <br> 212-431-1300 x208 <br> mark@krassnerlaw.com |

So Ordered
this 12th day of October 2017
/s/ Leda D. Wettre
Leda D. Wettre, USMJ

1